IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSH WRIGHT,

    Appellant,

v.

                           Case No.  5D23-0966
                           LT Case No. 2017-CF-003958-A

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed July 25, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Josh Wright, Graceville, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED. See Fla. R. App. P. 9.315(a).

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.